IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANN MARIE MYERS, | : | Case No. 1:18-cv-144 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| AMERICAN EDUCATION SERVICES, | : | |
| Defendant. | : | |

### ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE

This case is before the Court on Plaintiff's Motion to Continue Trial (Doc. 113). Having considered Plaintiff's Motion, the Court finds good cause to continue to the trial. The Court admonishes counsel to schedule and conduct any depositions necessary for trial as soon as possible. The Court will reach out to the parties to schedule a telephonic conference so that a new trial date can be set. Accordingly,

**IT IS ORDERED** that:

(1) Plaintiff's Motion to Continue Trial (Doc. 113) is **GRANTED**;

(2) The Motions in Limine (Docs. 92, 93, 94, 98, 99) are **DENIED** without prejudice; and

(3) Defendant's Motion for Leave to File a Sur-Reply to Plaintiff's Reply on Motion to Allow Trial Testimony via Video Conference (Doc. 105) is **DENIED AS MOOT**.

IT IS SO ORDERED.

By: *[signature: Matthew W. McFarland]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JUDGE MATTHEW W. McFARLAND